FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 22 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                         Plaintiff,

         -against-

JOSEPH ADAMS,

                         Defendant.
------------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
15-CV-3075 (CBA) (JO)

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable James Orenstein, United States Magistrate Judge, recommending that Plaintiff's motion for default judgment be granted and that Plaintiff be awarded $21,991.01 in damages (consisting of the principal of $15,860.30 on Defendant's unpaid student loan and prejudgment interest accrued through September 20, 2016 of $6,130.71), prejudgment interest from September 20, 2016 accruing at the legal rate (amounting to $2.23 per day), and costs of $55.00. (See D.E. # 11.) No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R "to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quoting Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)).

The Court has reviewed the R&R and the record and, finding no clear error, adopts Judge Orenstein's recommendation as the opinion of the Court. Accordingly, Plaintiff's motion for default judgment is granted and Plaintiff is awarded damages in the amount of $21,991.01, additional

1

prejudgment interest as described above, and $55.00 in costs. The Clerk of Court is directed to enter judgment accordingly and to close the case.

       SO ORDERED.

Dated: August 21 , 2017
      Brooklyn, New York

                                s/Carol Bagley Amon

                                Carol Bagley Amon
                                United States District Judge